954

No. 595. WELCH, DOING BUSINESS AS WELCH TRUCK-ING CO., ET AL. *v.* RUNGE. C. A. 5th Cir. Certiorari denied. *Lucian Touchstone* for petitioners.

No. 598. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, *v.* HUMPHREYS. Supreme Court of Appeals of Virginia. Certiorari denied. *Beecher E. Stallard* and *Francis X. Ward* for petitioner.

No. 599. FREED *v.* NEW YORK. Court of Special Sessions of City of New York, Second Judicial Department. Certiorari denied. *Sidney G. Sparrow* for petitioner. *Frank D. O'Connor* and *Benj. J. Jacobson* for respondent.

No. 602. CONNER AIR LINES, INC., ET AL. *v.* AVIATION CREDIT CORP. C. A. 5th Cir. Certiorari denied. *Don G. Nicholson* for petitioners. *Robert V. Smith* and *Laurence A. Schroeder* for respondent.

No. 608. HERMETIC SEAL PRODUCTS CO. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Louis A. Tepper* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle, Morton Hollander* and *David L. Rose* for the United States.

No. 558. AERONAUTICAL COMMUNICATIONS EQUIPMENT, INC., *v.* PIERCE, EXECUTRIX. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Walter H. Free* for petitioner. *David Rines, Robert H. Rines* and *Walter Humkey* for respondent.